JS - 6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STACY L. MASTREN, | Case No. CV 08-8534 VBF (MANx) |
| Plaintiff, | |
| v. | [PROPOSED] **ORDER DISMISSING ACTION WITH PREJUDICE** |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, | Hon. Valerie Baker Fairbank United States District Judge |
| Defendant. | |

This Court, having read and considered the parties' Stipulation for Compromise Settlement and Release, and finding good cause therefor, hereby orders that this action be dismissed in its entirety, with prejudice, and that each party shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated this <u>6th</u> day of the month of August, 2010.

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE